UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. MJ23-576 BAT |
| Plaintiff, | |
| v. | DETENTION ORDER |
| OLMAN ALEJANDRO ARTEAGA-RAMOS, | |
| Defendant. | |

Defendant Olman Alejandro Arteaga-Ramos is charged with one count of Reentry of Removed Alien, 8 U.S.C. § 1326(a). The Court held a detention hearing on December 4, 2023, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention stated in the record and as hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. The Government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(2). The Court finds there is sufficient evidence that Mr. Arteaga-Ramos is a serious risk of flight due to his lack of ties to this jurisdiction, ties to a foreign country, previous failures to appear, including an outstanding warrant, and the nature of the charged offense.

DETENTION ORDER - 1

2. Mr. Arteaga-Ramos stipulated to detention.

3. Upon advice of counsel, Mr. Arteaga-Ramos declined to be interviewed by Pretrial Services. Therefore, there is limited information available about him.

4. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Arteaga-Ramos's appearance at future court hearings.

IT IS THEREFORE ORDERED:

(1) Mr. Arteaga-Ramos shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Arteaga-Ramos shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Arteaga-Ramos is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Arteaga-Ramos, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 4th day of December, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 2